■ SALOMON OLINER, Doing Business as KENT UNIFORMS, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Judgment of the Supreme Court, Kings County, dated November 18, 1968, affirmed, with costs. No opinion. Brennan, Acting P. J., Rabin, Hopkins and Munder, JJ., concur; Benjamin J., concurs in result because the appeal is moot.